UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,                              Case Number 09-20421-BC
                                                            Honorable Thomas L. Ludington
v.

D-2 NICKOL MAY JACKSON,

                    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY, AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT

A plea hearing was conducted on December 22, 2009, by United States Magistrate Judge

Charles E. Binder pursuant to Defendant's consent. The magistrate judge issued his report on

December 23, 2009, recommending that this Court accept Defendant's plea of guilty to count three

of the indictment. On December 23, 2009, a Rule 11 plea agreement [Dkt. # 31] was filed. As of

today's date, the parties have not elected to file any objections to the magistrate judge's report and

recommendation. The decision not to file objections to the report and recommendation releases the

Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [Dkt

# 28] is **ADOPTED**.

It is further **ORDERED** that the defendant's plea of guilty to count three of the indictment

is **ACCEPTED**, and the Rule 11 Plea Agreement [Dkt. # 31] is taken **UNDER ADVISEMENT**.

                              s/Thomas L. Ludington
                              THOMAS L. LUDINGTON
                              United States District Judge

Dated: February 23, 2010

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 23, 2010.

s/Tracy A. Jacobs
TRACY A. JACOBS